NUMBER 13-10-00156-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE LOWER RIO GRANDE VALLEY WORKFORCE

DEVELOPMENT BOARD, INC. D/B/A WORKFORCE SOLUTIONS, INC.

____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION




Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam (1)



 Relator, Lower Rio Grande Valley Workforce Development Board, Inc. d/b/a
Workforce Solutions, filed a petition for writ of mandamus and a motion for temporary
emergency relief in the above cause on April 6, 2010. That same day, the Court ordered
the real parties in interest to file responses to relator's petition for writ of mandamus and
the motion for temporary emergency relief. On April 13, 2010, the Court granted the
motion for temporary emergency relief and ordered the temporary restraining order issued
on March 19, 2010, and extended by further order issued on April 1, 2010, to be stayed. 
 Currently pending before the Court is relator's "Motion for Voluntary Dismissal" of
this original proceeding. According to this motion, the real parties in interest have
nonsuited their claims against relator and accordingly, "this mandamus action is effectively
moot."

 The Court, having examined and fully considered the motion for voluntary dismissal,
is of the opinion that the motion should be granted. Accordingly, the stay previously
imposed by this Court is LIFTED. See Tex. R. App. P. 52.10(b) ("Unless vacated or
modified, an order granting temporary relief is effective until the case is finally decided."). 
This original proceeding is DISMISSED as moot. Pending motions, if any, are likewise
DISMISSED as moot. 

 IT IS SO ORDERED. 

 PER CURIAM


Delivered and filed the

3rd day of May, 2010.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is
not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).